UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAN SHEKHAR NAIDU,<br><br>      Plaintiff,<br><br> v.<br><br>CHILD PROTECTIVE SERVICES,<br><br>      Defendant. | CASE NO. 2:20-cv-01411-RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the Honorable Ricardo S. Martinez.

DATED this 25th day of September, 2020.

                      _____
                      BRIAN A. TSUCHIDA
                      Chief United States Magistrate Judge