UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAN SHEKHAR NAIDU, | Case No. C20-1411-RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CHILD PROTECTIVE SERVICES, *et al.*, | |
| Defendants. | |

This matter comes before the Court *sua sponte* and on the Court's prior Order to Show Cause, Dkt. #7. Plaintiff Aman Shekhar Naidu, proceeding *pro se*, filed this Section 1983 civil rights action against Child Protective Services and social worker Chelsea Costello ("Defendants") on September 23, 2020. Dkt. #1. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. #4. Summonses have not yet been issued.

On September 29, 2020, the Court issued an Order to Show Cause that identified several deficiencies in Plaintiff's complaint that, if not adequately explained, would require dismissal. Dkt. #7. The Court granted Plaintiff thirty days to file a Response explaining to the Court (1) the separate causes of action upon which his claims are based, (2) how Defendants violated each of those laws causing harm to Plaintiff, including the dates and times of the events giving rise to his

ORDER OF DISMISSAL - 1

claims, and (3) why this case should not be dismissed. *Id.* at 3-4. The Court cautioned Plaintiff that "failure to file this Response will result in dismissal of this case." *Id.* at 5.

Mr. Naidu has failed to respond to the Court's Order to Show Cause. Accordingly, dismissal of this case is now warranted. The Court hereby finds and ORDERS:

1) Plaintiff's claims are DISMISSED for failure to prosecute pursuant to LCR 41(b)(2).

2) This case is CLOSED.

DATED this 5th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2